JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
BENJAMIN BIEN-KAHN – 267933
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: jbornstein@rbgg.com
egalvan@rbgg.com
bbien-kahn@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

FABIO PETROLINO; M.P., a minor, through her guardian ad litem, Ana Petrolino; ANDRELINA SILVA; ANGELA PETROLINO; and ALEX PETROLINO,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; EVE ZEFF, ROEL LAPITAN and RAPHROGER GONZAGA, Registered Nurses, San Francisco Department of Public Health; MICHAEL MOHN and RUDY ZAMORA, Sheriff's Deputies, San Francisco Sheriff's Department; HEALTHRIGHT360, a California not-for-profit corporation; LAUREN ERICKSON, Mental Health Provider, HealthRight360; MARY LEFEVRE, Marriage and Family Therapist, HealthRight360; NICK CRISPINO, Associate Social Worker, HealthRight360; DANIEL MITCHELL, Officer, California Highway Patrol; and DOES 1 through 50, inclusive,

Defendants.

Case No. 16-cv-2946-RS

**JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY BRIEFS AND TO CONTINUE HEARING ON DEFENDANT DANIEL MITCHELL'S MOTION TO DISMISS; AND [~~PROPOSED~~] ORDER**

Judge: Hon. Richard Seeborg

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiffs FABIO PETROLINO; M.P., a minor, through her guardian ad litem, Ana Petrolino; ANDRELINA SILVA; ANGELA PETROLINO; and ALEX PETROLINO (collectively, "Plaintiffs") and Defendant DANIEL MITCHELL ("Defendant Mitchell") hereby jointly stipulate and agree to extend the time to file a response to Defendant Mitchell's Motion to Dismiss (Dkt. 30) from September 7, 2016 to September 22, 2016; to extend the time to file a reply in support of the Motion to Dismiss from September 14, 2016 to October 6, 2016; and to continue the hearing on the Motion to Dismiss from September 29, 2016 to October 27, 2016 at 1:30 pm in Courtroom 3, 17th Floor, San Francisco Courthouse.

Plaintiffs and Defendant Mitchell also jointly stipulate and agree that Plaintiffs will not seek any discovery from Defendant Mitchell until after the Court enters an Order resolving Defendant Mitchell's Motion to Dismiss, except that Defendant Mitchell shall serve initial disclosures pursuant to Fed. R. Civ. Proc. 26(a)(1) and produce disclosable documents already collected by Defendant Mitchell's counsel on September 9, 2016, as previously agreed by the parties at the Fed. R. Civ. Proc. 26(f) conference.

The parties stipulate to and jointly request this extension to allow for sufficient time for Plaintiffs to adequately brief their response to the Motion to Dismiss, and to provide Defendant Mitchell additional time to prepare a reply to Plaintiffs' response. This is the first request for an extension of time related to this motion, and Plaintiffs' and Defendant Mitchell's first request for an extension in the matter as a whole.

The proposed time modification would impact the case deadlines as follows:

| **Deadline** | **Current Date** | **Requested Date** |
|---|---|---|
| Response to Motion to Dismiss | September 7, 2016 | September 22, 2016 |
| Reply in Support of Motion to Dismiss | September 14, 2016 | October 6, 2016 |
| Hearing on Motion to Dismiss | September 29, 2016 | October 27, 2016 |

The extension of time will not affect any other deadlines set by the Court.

DATED: September 1, 2016

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Benjamin Bien-Kahn*
Benjamin Bien-Kahn

Attorneys for Plaintiffs

DATED: September 1, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General

By: */s/ Micah C.E. Osgood*
Micah C. E. Osgood
Deputy Attorney General

Attorneys for Defendant Officer D. Mitchell

**ECF Attestation**

I, Benjamin Bien-Kahn, attest that concurrence in the e-filing of this document has been received on behalf of the above signatories, in compliance with Civil L.R. 5-1(i)(3).

DATED: September 1, 2016

By: */s/ Benjamin Bien-Kahn*
Benjamin Bien-Kahn

# ~~[PROPOSED]~~ ORDER

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT:**

1. The deadline to file a response to Defendant Mitchell's Motion to Dismiss is extended from September 7, 2016 to **September 22, 2016**;

2. The deadline to file a reply in support of Defendant Mitchell's Motion to Dismiss is extended from September 14, 2016, to **October 6, 2016**;

3. The hearing on Defendant Mitchell's Motion to Dismiss is continued from September 29, 2016 to **October 27, 2016**, at 1:30 pm in Courtroom 3, 17th Floor, San Francisco Courthouse;

4. Plaintiffs will not seek any discovery from Defendant Mitchell until after the Court enters an Order resolving Defendant Mitchell's Motion to Dismiss; and

5. Defendant Mitchell will serve initial disclosures pursuant to Fed. R. Civ. Proc. 26(a)(1) and produce disclosable documents already collected by Defendant Mitchell's counsel on September 9, 2016, as previously agreed by the parties at the Fed. R. Civ. Proc. 26(f) conference.

DATED: 9/1, 2016

The Honorable Richard Seeborg
United States District Court Judge