JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
BENJAMIN BIEN-KAHN – 267933
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104
Email:	jbornstein@rbgg.com
	egalvan@rbgg.com
	bbien-kahn@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FABIO PETROLINO; M.P., a minor, through her guardian ad litem, Ana Petrolino; ANDRELINA SILVA; ANGELA PETROLINO; and ALEX PETROLINO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; EVE ZEFF, ROEL LAPITAN and RAPHROGER GONZAGA, Registered Nurses, San Francisco Department of Public Health; MICHAEL MOHN and RUDY ZAMORA, Sheriff's Deputies, San Francisco Sheriff's Department; HEALTHRIGHT360, a California not-for-profit corporation; LAUREN ERICKSON, Mental Health Provider, HealthRight360; MARY LEFEVRE, Marriage and Family Therapist, HealthRight360; NICK CRISPINO, Associate Social Worker, HealthRight360; DANIEL MITCHELL, Officer, California Highway Patrol; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 16-cv-2946-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Judge:  Hon. Richard Seeborg<br><br>Trial Date:  February 26, 2018 |

# STIPULATION

WHEREAS, Plaintiffs have discovered the true identities of Defendants DOE 3 and DOE 4 through review of documents produced by Defendant City and County of San Francisco in mid-December 2016, and seek to amend the Second Amended Complaint to substitute Sheriff's Deputy Kevin O'Shea into the action in place of DOE 3 and Sheriff's Deputy Andrew Martinez into the action in place of DOE 4;

WHEREAS, Plaintiffs have agreed to dismiss all claims brought against Defendants Roel Lapitan, Mary Lefevre, and Raphroger Gonzaga with prejudice, with all parties to bear their own attorneys' fees and costs with regard to claims against Roel Lapitan, Mary Lefevre, and Raphroger Gonzaga;

WHEREAS, Plaintiffs' filing of an amended complaint will not delay compliance with any of the case management deadlines set by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that Plaintiffs may, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, file an amended complaint in the form of the Third Amended Complaint attached hereto as Exhibit A.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: January 30, 2017          ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Benjamin Bien-Kahn*
    Benjamin Bien-Kahn
    *Attorney for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: January 30, 2017 | DENNIS J. HERRERA |
| 2 | | City Attorney |
| | | CHERYL ADAMS |
| 3 | | Chief Trial Deputy |
| 4 | | By: */s/ Mark D. Lipton* |
| 5 | | Mark D. Lipton |
| | | Deputy City Attorney |
| 6 | | *Attorneys for Defendants City and County of San Francisco, Eve Zeff, Roel Lapitan,* |
| 7 | | *Raphroger Gonzaga, Michael Mohn, Rudy Zamora, Kevin O'Shea, and Andrew Martinez* |
| 8 | | |
| 9 | DATED: January 30, 2017 | GORDON & REES LLP |
| 10 | | |
| 11 | | By: */s/ Kathleen M. Rhoads* |
| | | Kathleen M. Rhoads |
| 12 | | *Attorneys for Defendants HealthRight 360, a California nonprofit, Lauren Erickson, Mary* |
| 13 | | *Lefevre, and Nick Crispino* |
| 14 | | |
| 15 | DATED: January 30, 2017 | KAMALA D. HARRIS |
| | | Attorney General of California |
| 16 | | JOHN P. DEVINE |
| 17 | | Supervising Deputy Attorney General |
| 18 | | By: */s/ Micah C.E. Osgood* |
| | | Micah C.E. Osgood |
| 19 | | Deputy Attorney General |
| 20 | | *Attorneys for Defendant Daniel Mitchell* |

**ECF Attestation**

I, Benjamin Bien-Kahn, attest that concurrence in the e-filing of this document has been received from the above signatories, in compliance with Civil Local Rule 5-1(i)(3).

DATED: January 30, 2017

By: */s/ Benjamin Bien-Kahn*
    Benjamin Bien-Kahn

## [~~PROPOSED~~] ORDER

Based on the written stipulation of the parties and good cause appearing, Plaintiff may file an amended complaint in the form the Third Amended Complaint, attached hereto as Exhibit A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   __2/2_____, 2017

_____
The Honorable Richard Seeborg
United States District Court Judge