| | |
|---|---|
| Rachel A. Mihai, State Bar No. 249716<br>rmihai@bremerwhyte.com<br>Boyd C. Johnson, State Bar No. 305834<br>bjohnson@bremerwhyte.com<br>BREMER WHYTE BROWN<br>& O'MEARA LLP<br>20320 S.W. Birch Street<br>Second Floor<br>Newport Beach, California 92660<br>Telephone: (949) 221-1000<br>Facsimile: (949) 221-1001<br>Attorneys for Defendants,<br>CITY AND COUNTY OF SAN FRANCISCO, EVE ZEFF, KEVIN O'SHEA, ANDREW MARTINEZ, MICHAEL MOHN, and RUDY ZAMORA | JEFFREY L. BORNSTEIN, ESQ.<br>ERNEST GALVAN, ESQ.<br>BENJAMIN BIEN-KAHN, ESQ.<br>Rosen Bien Galvan & Grunfeld<br>50 Fremont Street, 19th Floor<br>San Francisco, California 94105-2235<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: jbornstein@rbgg.com<br>egalvan@rbgg.com<br>bbien-kahn@rbgg.com<br>Attorneys for Plaintiffs<br>FABIO PETROLINO; M.P., a minor, through her guardian ad litem, Ana Petrolino; ANDRELINA SILVA; ANGELA PETROLINO; and ALEX PETROLINO |
| Dennis J. Herrera, State Bar No. 139669<br>City Attorney<br>Cheryl Adams, State Bar No. 164194<br>Chief Trial Deputy<br>Mark D. Lipton, State Bar No. 152864<br>Deputy City Attorney<br>Fox Plaza<br>1390 Market Street, 6th Floor<br>San Francisco, California 94102-5408<br>Telephone: (415) 554-4218<br>Facsimile: (415) 554-3837<br>E-Mail: mark.lipton@sfgov.org | KATHLEEN M RHOADS<br>Gordon & Rees LLP<br>655 University Ave #200<br>Sacramento, CA 95825<br>916-565-2900<br>krhoads@gordonrees.com<br>Attorneys for Defendant<br>HEALTHRIGHT 360 |

XAVIER BECERRA
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
MICAH C. E. OSGOOD
Deputy Attorney General
State Bar No. 255239
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5593
Fax: (415) 703-5480
E-mail: mike.osgood@doj.ca.gov
Attorneys for Defendant OFF. D. MITCHELL

///

///

///

///

///

16-cv-2946-RS-JCS

JOINT STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER

H:\1433\484\Disc\Joint Stipulation to Modify Case Management Scheduling Order FINAL.docx

| | |
|---|---|
| FABIO PETROLINO, et al., | Case No. 16-cv-2946-RS-JCS |
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE THE TRIAL DATE AND AMEND CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| Defendants. | Judge: Hon. Richard Seeborg<br>Current Trial Date: February 26, 2018<br>Proposed New Trial Date: March 19, 2018 |

## JOINT STIPULATION

The Parties to the above-captioned action, through their respective counsel of record, hereby stipulate and agree to amend the Case Management Scheduling Order issued in this case as follows:

WHEREAS, the Court entered a Case Management Scheduling Order in the above-entitled matter on September 16, 2016;

WHEREAS, the Parties have diligently conducted discovery, including extensive oral and written discovery of at least fifteen oral depositions and thousands of produced documents, in order to prepare their cases and mutually understand the legal and factual issues in the case;

WHEREAS, the Parties intend to engage in private mediation on October 16, 2017;

WHEREAS, preparation for mediation will require substantial time and resources, thereby diverting attention and preparation from upcoming expert discovery deadlines;

WHEREAS, the Parties have agreed and request that this Court modify the Case Management Scheduling Order to continue the initial expert disclosure deadline from October 13, 2017 to October 20, 2017, the non-expert discovery deadline from October 20, 2017 to October 27, 2017, and the current trial date from February 26, 2018 to March 19,

2018, as set forth in the accompanying Proposed Revised Case Management Scheduling Order.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| BREMER WHYTE BROWN & O'MEARA, LLP | XAVIER BECERRA<br>Attorney General of California<br>JOHN P. DEVINE<br>Supervising Deputy Attorney General |
| /s/ *Boyd C. Johnson*[1] | |
| RACHEL A. MIHAI<br>BOYD C. JOHNSON | /s/ *Rosailda Perez* |
| *Attorneys for Defendants City and County of San Francisco, Eve Zeff, Andrew Martinez, Kevin O'Shea, Michael Mohn, and Rudy Zamora* | MICAH C. E. OSGOOD<br>ROSAILDA PEREZ<br>Deputy Attorney General<br>*Attorneys for Defendant Off. D. Mitchell* |
| CITY ATTORNEY OF THE CITY AND COUNTY OF SAN FRANCISCO | |
| /s/ *Mark D. Lipton* | ROSEN BIEN GALVAN & GRUNFELD |
| *Attorney for Defendants City and County of San Francisco, Eve Zeff, Andrew Martinez, Kevin O'Shea, Michael Mohn, and Rudy Zamora* | /s/ *Benjamin Bien-Kahn*<br><br>ERNEST GALVAN<br>JEFFREY L. BORNSTEIN<br>BENJAMIN BIEN-KAHN<br>CHRISTOPHER D. HU<br>*Attorneys for Plaintiffs* |
| GORDON & REES | |
| /s/ *Kathleen M. Rhoads* | |
| KATHLEEN M. RHOADS | |
| *Attorneys for Defendants Nick Crispino, Laruen Erickson, Mary Lefevre and HealthRight 360* | |

---

[1] I, Boyd C. Johnson, certify that I have the concurrence of Mark D. Lipton, Benjamin Bien-Kahn, Rosailda Perez, and Kathleen M. Rhoads in the filing of this joint stipulation.
/s/ *Boyd C. Johnson*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  The initial expert disclosure deadline in this matter will be continued from October
3  13, 2017 to October 20, 2017. The non-expert discovery deadline in this matter will be
4  continued from October 20, 2017 to October 27, 2017. The trial date in this matter will be
5  continued from February 26, 2018 to March 19, 2018.

DATE: 10/6/17

RICHARD SEEBORG
United States District Judge

16-cv-2946-RS-JCS
[PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULING ORDER

H:\1433\484\Disc\Joint Stipulation to Modify Case Management Scheduling Order FINAL.docx