UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIO PETROLINO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 16-cv-02946-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 7, 2017**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 14, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: October 18, 2017

_____
Richard Seeborg
United States District Judge